UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN W. LEONARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05-cv-1154 SNL |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The review and recommendation of United States Magistrate Judge Audrey G. Fleissig (#11), filed August 14th, 2006, is before the Court. Neither party has responded. After review of the file, it appears that the recommendation should be adopted.

**IT IS HEREBY ORDERED** that the review and recommendation of United States Magistrate Judge Audrey G. Fleissig is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner be and is **REVERSED** and **REMANDED** for further proceedings.

Dated this 18th day of September, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE